COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Atlas Survival Shelters LLC v. G.R. Isidro

Appellate case number:   01-22-00218-CV

Trial court case number:   2022-07486

Trial court:           164th District Court of Harris County

      This is an appeal from a foreign judgment filed on February 9, 2022. Appellant appealed on March 24, 2022. *See* TEX. R. APP. P. 26.1, 26.3. The clerk's record was filed on March 31, 2022. On April 21, 2022, appellant filed a motion for extension of time to file its brief. On May 2, 2022, the court reporter notified this Court that no reporter's record had been taken. Because appellant's brief was not yet due at the time it filed its motion for extension, appellant's motion for extension is dismissed as moot. *See* TEX. R. APP. P. 38.6(a).

      Appellant's brief is **ORDERED** to be filed no later than June 1, 2022. *See* TEX. R. APP. P. 38.6(a).

      Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

      On May 2, 2022, appellant filed a Request for Clarification of Briefing Deadline. In light of this order, appellant's request is dismissed as moot.

      It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____

                 ☒ Acting individually    ☐ Acting for the Court

Date: _____May 5, 2022_____